Decided May 15, 1998

## SEAN DOYLE *v.* METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 48 Conn. App. 902 (AC 17006), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the tortfeasor's vehicle is not underinsured when the tortfeasor has a $100,000 liability policy and the plaintiff has a $100,000/$300,000 split limit uninsured motorist policy in circumstances where, due to the existence of multiple claimants, the plaintiff's recovery under the tortfeasor's policy is less than $100,000?"

The Supreme Court docket number is SC 15939.

*Bernard Pellegrino*, in support of the petition.

*Karen T. Gerber*, in opposition.

Decided May 15, 1998